UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DR. JEFFREY ISAACS<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br>NH BOARD OF MEDICINE,<br>DARTMOUTH HITCHCOCK MEDICAL CENTER,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>)<br>) |

### **EXHIBITS**

Please take Notice that Exhibits are being conventionally filed with a Motion to Seal in Accordance with Local Rule 83.12(c).

February 3, 2017

Respectfully Submitted,
Dr. Jeffrey Isaacs,
By and through his counsel

/s/ Keith A. Mathews
Keith A. Mathews, Esq.
NH Bar No. 20997
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Keith@aaone.law