UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2017 FEB -8 P 12: 02

DR. JEFFERY ISAACS )
  Plaintiff, )
 )
vs. ) Case No. 1:17-CV-00040
 )
NH BOARD OF MEDICINE, )
DARTMOUTH HITCHCOCK MEDICAL CENTER )
& )
DARTMOUTH MEDICAL SCHOOL )
  Defendants. )

## PLAINTIFF'S MOTION TO SEAL EXHIBITS TO THE COMPLAINT

NOW COMES THE PLAINTIFF, by and through counsel, and, pursuant to Local Rule 83.12(c), hereby submits the following Motion to Seal the Exhibits to the Complaint in the above referenced case. In support of this Motion, Plaintiff states as follows:

1. These Exhibits are taken from proceedings which were sealed, partially sealed or are otherwise confidential by Court Order, or Agreement. The Exhibits further discuss or reference information that is, was, or should have been confidential.

2. Many of the Exhibits contain or reference highly sensitive information for the litigants involved or information of personal nature the public dissemination of which would cause additional harm and damage to not only the Plaintiff, but potentially the Defendants as well. It is in all parties best interest, (if it isn't their actual legal duty) to maintain the confidentiality of the Exhibits.

3. The Exhibits may be sealed at LEVEL I only and the Seal order shall expire on February 02, 2027, ten years from now.

4. There is no cognizable public interest in viewing the attachments to this public Complaint.

WHEREFORE, Plaintiff respectfully requests this Honorable Court issue an Order SEALING the Exhibits to the Complaint.

CONVENTIONALLY FILED TOGETHER WITH THE EXHIBITS TO BE MAINTAINED UNDER SEAL.

February 3, 2017

Respectfully Submitted,
Jeffery Isaacs,
By and through his counsel

/s/ Keith A. Mathews
Keith A. Mathews, Esq.
NH Bar No. 20997
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Keith@aaone.law