STATE OF NEW HAMPSHIRE
BOARD OF MEDICINE
2 INDUSTRIAL PARK DRIVE, SUITE 8
CONCORD, NEW HAMPSHIRE 03301-8520

APPLICATION FOR TRAINING LICENSE
RESIDENTS AND GRADUATE FELLOWS

**Please print legibly or type:

NAME OF APPLICANT:    Jeffrey       D.         Isaacs
                     First Name  Middle Initial  Last Name

CURRENT RESIDENCE ADDRESS:    31 Hunt Valley Lane

Berwyn, PA 19312            PHONE NUMBER:  (610) 202-1460

BIRTH DATE: ▮▮ ▮ ▮▮▮▮        BIRTH PLACE:  Abington, PA USA
            Month Day Year                  City State Country

SOCIAL SECURITY #: ▮▮▮▮▮▮    SEX:  ☒ Male    ☐ Female

MEDICAL SCHOOL(S)    American University of the Caribbean

DATES ATTENDED:    8/2006 – 5/2010    YEAR M.D. RECEIVED: 2010

CURRENT TRAINING HOSPITAL:    Mary Hitchcock Memorial Hospital at DHMC

TRAINING PROGRAM:    Psychiatry

TRAINING                    TRAINING
BEGIN DATE:  6·26·2011      FINISH DATE:  6·25·2015
             Month Day Year               Month Day Year

USMLE STEPS 1 AND 2 (PLEASE INDICATE DATES TAKEN AND PASSED)

    STEP 1   10   2008      STEP 2   12   2009
             Month Year              Month Year

(Certification received directly from the National Board of Medical Examiners (NBME)
that the applicant has taken and passed USMLE steps 1 and 2 is required.)
You must have this certification sent directly to the N.H. Board of Medicine.

STANDARD ECFMG Certificate Number (if applicable) ▮▮▮▮▮

FEE FOR TRAINING LICENSE IS $35.00. PLEASE MAKE CHECK PAYABLE TO
TREASURER, STATE OF NEW HAMPSHIRE.

Page 2

APISAM08 000058

Exhibit A - Application for Training License

## VERIFICATION BY ACCREDITED PROGRAM
****************************************************************

The above named applicant will be duly enrolled in the accredited residency or graduate fellowship program designated below, and the undersigned, an authorized agent of that program, hereby certifies that all of the above information concerning the applicant is correct.

_____    _Marc L. Bertrand_    _5-10-2011_
Signature                 Director, Graduate      Date
                          Medical Education


I, _Christine Finn, M.D._, have reviewed the personal and professional qualifications of the above named applicant and hereby certify that the applicant is approved for entry into _Adult Psychiatry_ training program.


_____    _Christine T. Finn, M.D._    _5/13/11_
Signature                 Program Director              Date

Exhibit A - Application for Training License

## SUPPLEMENT TO APPLICATION FOR
## TRAINING LICENSE AS RESIDENT/FELLOW

YOU ARE REQUIRED TO COMPLETE THE QUESTIONS BELOW:

|   | YES | NO |
|---|---|---|
| 1. Have you ever resigned from a medical education program or medical practice position? | YES | |
| 2. Do you now or have you ever held a license in another state? If so, please complete the following: | YES | |

| STATE | TYPE (Training, Full, Temporary) |
|---|---|
| Arizona | Training |
| | |

Original verification of all prior licenses is required (whether the license is a full, training or temporary license).

|   | YES | NO |
|---|---|---|
| 3. Have you ever been reprimanded, sanctioned, restricted or disciplined in any activities involving medical education or practice? | | NO |
| 4. Have you ever been convicted of a felony? | | NO |
| 5. Are you now, or have you been in the past, dependent on alcohol or drugs? | | NO |

If you answered yes to any of the above questions, please provide a complete description on the reverse side. You may attach additional sheets as necessary.

I hereby certify, under penalty of perjury, that all of the information provided in this application is complete and accurate.

NAME: Jeffrey David Isaacs, M.D.

SIGNATURE: *Jeffrey D. Isaacs*     DATE: 4/25/11