Case 1:12-cv-00040-LM    Document 148-8    Filed 04/19/14    Page 39 of 60

VIDEOTAPED DEPOSITION OF: SIMON KHAGI, M.D. - October 22, 2013
DR. JEFFREY ISAACS V. DARTMOUTH-HITCHCOCK MEDICAL CENTER, ET AL

---

SIMON KHAGI, M.D. - 10/22/13                                      Page 149

1  A.  No.
2  Q.  Well, would it be a thousand per month?
3  A.  No.
4  Q.  Would it be 200 a month?
5  A.  I don't know. Probably not.
6  Q.  Okay. Would it be a hundred a month?
7  A.  I don't know.
8  Q.  Would it be 15 a month? About one a day or
9      one every other day?
10 A.  I don't know. Depends on the case.
11 Q.  Well, if we had records here -- which the
12     plaintiff asked for, and he objects that they
13     were not produced for this deposition -- if
14     you were to find out that the other seven
15     psychiatry interns that plaintiff -- were in
16     plaintiff's class conducted maybe one during
17     the course of a month, how would you explain
18     the plaintiff being asked to conduct two on
19     his first three days of work?
20            MR. KAPLAN: Note my objection
21     to the question, which calls for speculation
22     and which doesn't -- and isn't supported by
23     any evidence --

---

SIMON KHAGI, M.D. - 10/22/13                                      Page 150

1            DR. ISAACS: Well, the
2      evidence isn't here. It should have been.
3            MR. KAPLAN: -- and which
4      isn't supported by any evidence.
5  BY DR. ISAACS:
6  Q.  So the question on the discrepancy, if
7      plaintiff believes about one a month, on
8      average, and he was asked to do two in three
9      days, can you explain that discrepancy?
10           MR. KAPLAN: Note my objection
11     to the question.
12 A.  I just look at it as an opportunity to learn
13     twice.
14 BY DR. ISAACS:
15 Q.  Okay. So that's true. DREs can be a good
16     learning experience, as this article actually
17     points out, Exhibit 4.
18 A.  Yes.
19 Q.  No. I'm sorry. Exhibit 3. It actually says
20     there should be more DREs in practice.
21            But a learning experience would require
22     the consent of the patient, would it not, if
23     it wasn't for a clinical reason?

---

SIMON KHAGI, M.D. - 10/22/13                                      Page 151

1            MR. KAPLAN: Note my objection
2      to that question.
3  A.  I'm sorry. What is your question?
4  BY DR. ISAACS:
5  Q.  If it wasn't for clinical care, if it wasn't
6      judged as a critical indication for important
7      care and was being done as a learning
8      experience, wouldn't that have to be
9      communicated to the patient, and he would
10     have to consent?
11           MR. KAPLAN: Objection to the
12     form of the question.
13 A.  I think there would have to be some sort of
14     verbal consent so the patient knows. But
15     that's it.
16 Q.  Okay. So if the plaintiff never asked for
17     consent to these two patient -- Patient A and
18     Patient B, then was an improper DRE
19     performed?
20           MR. KAPLAN: Note my objection
21     to the question.
22 A.  Are you asking me hypothetically, or is this
23     a matter of fact?

---

SIMON KHAGI, M.D. - 10/22/13                                      Page 152

1  BY DR. ISAACS:
2  Q.  No. You had just said that it was a good
3      learning experience that the plaintiff
4      conducted two DREs. So the -- and the
5      plaintiff can testify that he was never -- he
6      never asked the patient for consent for a
7      learning experience.
8         So the question is: Did Patient A and
9      Patient B receive improper, non-consented,
10     educational DREs?
11           MR. KAPLAN: Note my objection
12     to the form of the question. It misstates
13     the evidence and the representations that
14     have been made by this witness himself.
15 A.  I don't know if the patient ever consented or
16     did not consent. I'm sorry. I don't have
17     that information in front of me to answer
18     your question.
19 BY DR. ISAACS:
20 Q.  Well, if the plaintiff states that he never
21     even asked that question because he was never
22     told it was just merely an educational
23     exercise, then did the patient receive a non-

---

Exhibit B - Khagi Depo Transcript