From: **Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>

Date: Sun, Apr 20, 2014 at 12:52 AM
Subject: DOE Complaint
To: philip.hanlon@dartmouth.edu, "kevin.d.o'leary" <Kevin.D.O'Leary@dartmouth.edu>, David Foster <david.f.foster@dartmouth.edu>, editor@thedartmouth.com

Dear President Hanlon,

I once again urge you to investigate the hazing I encountered as a resident student of Dartmouth Psychiatry. Please see my attached DoE complaint for a summary of my allegations, which I am sure you are familiar with.

Likewise, as you may know, your attorneys sought to enjoin me from filing a lawsuit against you for failing to investigate. US District Judge McAfferty denied their request on Friday. Please be advised that, absent a prompt and adequate response, I will take appropriate legal action against you and several other individuals within the Dartmouht Community.

You have made recent comments to the press indicating your concern about hazing, which squarely contradict your position thus far of ignoring my reports of hazing.

Regards,
Jeffrey Isaacs, MD/MBA

Exhibit C - Email to President Hanlon        1/13/2017 2:05 PM
1 of 1