Jeffrey Isaacs, M.D. v.
Dartmouth-Hitchcock Medical Center, et al

Natalie Riblet, M.D.
December 20, 2013

Page 33

1   you remember any of those phone calls I made?
2        MR. CHABOT: Same objection.
3        MR. KAPLAN: Objection.
4    A.  I don't remember the phone calls that
5   you made.
6    Q.  Okay. Do you remember in general --
7   well, my recollection of that shift
8   immediately after, within the next 12 hours was
9   that it actually went pretty well and it was a
10  good learning experience. Do you think it's
11  possible that between those two patients from
12  what you may or may not recall, that as an
13  intern I kind of left that shift kind of
14  thinking this was a good learning experience?
15       MR. CHABOT: Objection, foundation,
16  calls for speculation and lack of personal
17  knowledge.
18   A.  I don't remember enough about that
19  particular encounter to be able to answer the
20  question.
21   Q.  Okay. I mean, can you recall if
22  perhaps there were at least two interesting
23  patients that I enjoyed working with?

Page 34

1        MR. CHABOT: Same objection.
2    A.  Again, I don't remember enough of the
3   event to be able to answer that question.
4    Q.  Okay. Do you remember anything to the
5   contrary that I for some reason didn't like
6   working with those patients or didn't want to
7   help them?
8        MR. KAPLAN: Objection again for the
9   same reasons that have been stated.
10   A.  And again, I don't remember enough
11  about the event to be able to answer that
12  question.
13   Q.  Okay. Just to establish, though, that
14  it's been alleged from my recollection and the
15  documents in this lawsuit, that I thought that
16  shift had gone well and was a good learning
17  experience. So I'm now going to introduce an
18  exhibit, exhibit A to go along with that.
19       MR. KAPLAN: I'm going to object to
20  the narrative that was just offered prior to
21  the exhibit being handed to the stenographer.
22       (Exhibit A was marked for identification.)
23       MR. KAPLAN: Dr. Isaacs, before you

Page 35

1   ask any questions about that, since that's the
2   only copy.
3    Q.  It's not the only copy. This is just
4   a larger copy. I have a smaller one. The
5   printer at the hotel is off. This is about
6   that shift. You might want to take a minute to
7   read it so I can ask questions about it.
8    A.  Yes.
9    Q.  Okay. This Exhibit A is an e-mail
10  from Dr. LaRusso. Do you know Dr. LaRusso?
11   A.  Yes, I do.
12   Q.  What was her professional relationship
13  with you at the time this was written?
14   A.  She was an attending.
15   Q.  Okay. Was she the attending for that
16  shift?
17   A.  I don't remember.
18   Q.  Did you speak with Dr. LaRusso much
19  during that year that you were off psychiatry
20  and you were in LPMR?
21   A.  As far as I recall, I had limited
22  contact with Beth, Dr. LaRusso.
23   Q.  So is it fair to say that she wasn't a

Page 36

1   personal friend beyond Dartmouth?
2    A.  No.
3    Q.  And she's not someone you were
4   actively working on professional
5   responsibilities with?
6    A.  No.
7    Q.  Okay. The e-mail said that you, "Came
8   to me the week after the call." Me being Dr.
9   LaRusso. Do you recall going to Dr. LaRusso?
10   A.  I don't recall this episode at all.
11   Q.  Really?
12   A.  No.
13   Q.  There are some other e-mails that I'm
14  not going to introduce now. Well, actually I
15  will.
16       MR. CHABOT: Off the record for half a
17  second.
18       VIDEOGRAPHER: Off the record, the
19  time is 2:05. Back on the record. The time is
20  2:05.
21       (Exhibit B was marked for identification.)
22   Q.  This is Exhibit B. Why don't you just
23  take a look at that section from Dr. Fisher and