1  for termination.  The reason for termination was
2  listed as omission and copying and pasting of student
3  notes.

4        MS. MOONEY:  I'm actually going to sustain
5  his objection because we have limited this.  It's the
6  omission of the information rather than the reason
7  for dismissal from USC is the relevant issue here.

8        MR. PYLES:  Okay.

9  BY MR. PYLES:

10       Q.  So, Dr. Finn, after learning for the first
11  time that Mr. Isaacs had not included the USC
12  dismissal, participation and dismissal in any of his
13  materials, what did you decide to do?

14       A.  I think at that stage, we were concerned
15  about moving forward with his continuing in the
16  program, although we had been more than willing to
17  work with Jeff around performance issues.  The issues
18  of fraud and misrepresentation were those that we did
19  not feel like we could tackle effectively in the
20  training program and the decision, you know, was made
21  that he could not return.

22       MR. PYLES:  Thank you, Dr. Finn.  I do not
23  have any further questions.