Case 1:17-cv-00040-LM   Document 3-8   Filed 02/08/17   Page 1 of 1
Case: 14-1544   Document: 00116767043   Page: 163   Date Filed: 04/29/2014   Entry ID: 5836415

Jeffrey D. Isaacs, M.D. v.
Dartmouth Hitchcock Medical Center, et al
Christine Finn, M.D.
January 15, 2014

**Page 61**

1  Arizona and USC?
2       MR. CHABOT: Object to the form.
3   A. In terms of the timing, I was not
4  aware of the Arizona residency training until
5  we sat down at that meeting in January, that
6  week in January where we made the decision to
7  place you on administrative leave. And I was
8  not aware of the USC Medical School issue until
9  sometime several weeks after that.
10   Q. How did you learn about USC?
11   A  Attorney Kaplan told me.
12   Q. Why would you ask Attorney Kaplan to
13  research that?
14       MR. CHABOT: I am going to object to
15  the form. That's misrepresenting prior
16  testimony.
17   A. I did not ask him to research that.
18   Q. Did anyone at Dartmouth know about my
19  enrollment at USC prior to that?
20   A. Not to my knowledge. Sorry.
21       MR. CHABOT: That's okay.
22   Q. Would you know if someone did?
23       MR. CHABOT: I am going to object on

**Page 62**

1  the grounds of foundation.
2   A. If someone knew and never mentioned it
3  to me, I would have no way of knowing that they
4  knew. .
5   Q. Actually now you may have learned
6  things through the lawsuit, have you learned
7  since then that someone knew before you?
8   A. No.
9   Q. Do you know any psychiatrists at the
10  UCLA Neuropsychiatric Institute in Los Angeles?
11   A. I don't think so.
12   Q. Have you ever spoken to a Dr. Wayne
13  Sandler?
14   A. Not that I'm aware of.
15   Q. Do you know any psychiatrists at the
16  University of Miami Teaching Program?
17   A. Yes. I think I do.
18   Q. Who do you know there?
19   A. Jorge Sortello.
20   Q. Anyone else?
21   A. I don't think so.
22   Q. Do you know anyone who's ever treated
23  the Plaintiff medically aside from Dartmouth

**Page 63**

1  Hitchcock?
2   A. Not that I'm aware of.
3   Q. Do you know a Dr. Ben Boswell?
4   A. No.
5   Q. Have you ever heard that name, a
6  psychiatry resident?
7   A. No.
8   Q. Did you know any Dr. Graves in the
9  southern hemisphere?
10   A. No.
11   Q. Do you know Dr. Greenaw in the sleep
12  department?
13   A. Yes.
14   Q. How do you know him?
15   A. He's one of my colleagues at DHMC.
16   Q. Are you closer to him than other
17  colleagues, or is he just kind of an adjunct
18  colleague?
19       MR. KAPLAN: Object to the form.
20   A. We have relatively little professional
21  overlap other than his being the fellowship
22  director for the sleep program, so most of our
23  connection is through our interest in resident

**Page 64**

1  and fellowship education.
2   Q. Did you ever speak to him about the
3  Plaintiff's sleep studies with him?
4   A. No.
5   Q. Do you know a Dr. Amy Baughman?
6   A. No.
7   Q. Have you ever heard that name?
8   A. No.
9   Q. Do you know a Dr. Robert Baughman?
10   A. No.
11   Q. You don't know, do you know what the
12  NINDH is of the NIH?
13   A. No.
14   Q. Could you guess what NINDS stands for?
15   A. That's what I'm trying to figure out.
16       MR. CHABOT: I'm going to instruct you
17  not to guess. We're not here to provide
18  guesses or speculation.
19   Q. Do you know anyone at Dartmouth
20  Hitchcock or Dartmouth College that might know
21  Dr. Robert Baughman?
22       MR. CHABOT: Objection to foundation.
23   A. I don't know who he is, so it's hard