from **Jeffrey Isaacs** jdi@bakerisaacs.com  Feb 6
sender- Sent at 1:41 PM (GMT-05:00). Current time timethere: 8:08 PM.
to president's.office@dartmouth.edu,
jim.y.kim@dartmouth.edu

cc George Baker <cavu96@gmail.com>

date Mon, Feb 6, 2012 at 1:41 PM
subject Investigation
mailed-by bakerisaacs.com

Dear President Kim,

I am pleading that you help investigate a matter that is causing me the worst distress I have ever suffered in life. As a proud alumni of the College, it is my hope that a proper investigation will yield the truth and clear my name. For some background, I am attaching a civil suit filed Friday in the United States District Court. However, I believe that Dartmouth possesses evidence which goes well beyond the allegations in the lawsuit. Basically, [REDACTED PREVIOUS LITIGATION] six years ago. Subsequently, I believe that I am a victim of fraud and blackmail, perpetrated by several Dartmouth College psychiatry professors. This is not just my belief, it is the strong suspicion of my parents, friends, and others, whom I give you full permission to speak to as part of any investigation ordered by yourself or the Trustees.

I am asking the College for help on this matter
[redacted]

Please consider my request and do not hesitate to contact me for any further information.


Regards,
Jeffrey Isaacs

Exhibit J - Email to Kim RE: Investigation