**Dartmouth-Hitchcock**

**GRADUATE MEDICAL EDUCATION**

**Dartmouth-Hitchcock Medical Center**
One Medical Center Drive
Lebanon, NH 03756-0001
Phone (603) 650-5748
Fax (603) 650-5754
Dartmouth-Hitchcock.org

March 19, 2012

Jeffrey D. Isaacs, MD, MBA
3553 West Chester Pike Unit 177
Newton Square, PA   19073

Dr. Isaacs:

This letter is to inform you of your dismissal from the adult psychiatry residency training program at the Dartmouth Hitchcock Medical Center effective March 19, 2012. Given that you have not taken advantage of the voluntary resignation option previously provided, and as you are currently on leave and no longer available to meet directly, this letter shall serve as written notice of the academic and non-academic deficiencies that have resulted in your dismissal.

The decision to dismiss you from your position in the residency is based on academic deficiency issues as well as behavior incompatible with the role of a physician including the omission of material information from your Electronic Residency Application Service (ERAS) application, falsification of information provided to the New Hampshire Board of Medicine, and false reporting in a patient's electronic medical record as well as other substantiated competency and integrity concerns.

Specifically, your ERAS application lacked information regarding your prior residency training in Arizona as well as time served as a medical student at the University of Southern California. You also failed to divulge your dismissal from medical school at USC in information provided to the New Hampshire Board of Medicine in support of a NH training license. Concerns have been raised during rotations on both psychiatry and internal medicine regarding false reporting in the medical record and appropriation of medical student notes as your own.

You received feedback regarding academic performance concerns beginning in your first week of residency training and were subsequently removed from internal medicine rotations on two separate occasions due to deficits in knowledge, professionalism issues, and inability to perform basic PGY-1 level tasks when caring for patients. Furthermore, you have failed to achieve a performance level in psychiatry that would allow progression to PGY-2 year duties.

The Office of Graduate Medical Education will continue your salary through March 31, 2012 to facilitate your transition from the adult psychiatry residency program. Consistent with your termination of employment effective March 19, 2012 your life and disability insurance will end.

Exhibit K - Termination Letter

Dartmouth-Hitchcock will extend medical and dental benefits to you through to April 30, 2012. Effective May 1, 2012, you will be offered COBRA coverage for medical and dental insurance. Included with this notice of termination is a copy of our GME grievance process and procedures. Should you choose to pursue the grievance option described in these attachments you must notify Dr. Bertrand in the Office of Graduate Medical Education within five days of receipt of this notice. We wish you the best in your future endeavors.

Christine T. Finn, MD
Program Director
Psychiatry Residency Program

Mary L. Bertrand, MD
Associate Dean for Graduate Medical Education
Designated Institutional Official

Dartmouth-Hitchcock

Exhibit K - Termination Letter