# ERAS INVESTIGATION NOTIFICATION-JEFFREY DAVID ISAACS AAMC ID

Inbox x   Wharton x

**ERASInvestigations** @ via wharton.upenn.edu   May 3

to Jeffrey

Thank you for your response. Your request is reasonable, and as such, we will honor your request to keep the Keck information off of the report. This will require that you submit a new statement that does not mention the Keck school and we will provide a new draft preliminary report that only mentions your time at Arizona.

Best Regards -

Exhibit L - ERAS Investigation