**Page 53**

1   MR. CHABOT: Same objection as
2   previously.
3       A.  You did not refer this to me and
4   therefore I know nothing about this other than
5   what you are telling me right here.
6       Q.  If there was an investigation of Dr.
7   Khagi reportedly committing felonious sexual
8   assault under your watch, do you think you
9   would have been informed of that investigation?
10      MR. KAPLAN: I would object to the form
11  of that question and to the foundation for it,
12  but you can answer.
13      A.  I think it would depend on how the
14  investigation proceeded. So I'm not sure I can
15  really answer the question because I don't know
16  how that one happens.
17      Q.  So to the best of your knowledge, you
18  have no knowledge of an investigation regarding
19  my allegation of felonious sexual assault that
20  happened on M2?
21      A.  To the best of my knowledge, no.
22      Q.  Isn't that surprising?
23      MR. KAPLAN: To whom?

**Page 54**

1       Q.  To the FBI, to the state board, to the
2   state police.
3       MR. KAPLAN: No, not to whom did you
4   complain to.
5       Q.  And to Dartmouth and to Dartmouth
6   Ethics Committee. So five groups, I think
7   maybe more, maybe seven groups including FBI,
8   you have no knowledge of that?
9       MR. KAPLAN: Object to the form of the
10  question, the narrative of the question, you
11  can answer.
12      Q.  It's not a narrative.
13      A.  I would presume that if any of those
14  groups had a concern and they wanted my help,
15  they would have come to me to ask for help.
16      Q.  So it would appear that my concern was
17  never investigated.
18      MR. KAPLAN: Object to the form. You
19  may answer.
20      A.  I know nothing about that and can't
21  answer it.
22      Q.  Okay. Then I guess we'll have to go
23  into the allegation itself and see your

**Page 55**

1   testimony for that. How many days did I work
2   with Dr. Khagi?
3       A.  I would have to review the records to
4   be certain on how many days you worked with Dr.
5   Khagi.
6       Q.  Would it be about four or five days?
7       A.  That would probably be about correct
8   since he would have been the resident that
9   started on the service. That would be about
10  correct.
11      Q.  How many days does a typical intern
12  from psychiatry work on M2?
13      A.  So a typical intern from psychiatry on
14  M2 would usually work one block on M2, which
15  would be anywhere from 28 to 32 to a little
16  more depending on which block we are talking
17  about.
18      MR. KAPLAN: You said 28 to 32, is
19  that days?
20      A.  Days.
21      Q.  28 to 32 days. About how many
22  prostate exams would they conduct on average on
23  your service on M2 in those 28 days?

**Page 56**

1       A.  That's an impossible question to
2   answer. It would totally depend on the nature
3   of the patients that are being admitted,
4   especially their, the sexual ratio of men
5   versus women that are admitted to the service.
6       Q.  I'm asking for approximate figures.
7   Would it be every patient? Would it be one in
8   ten patients? Would it be one in 100 patients?
9       A.  Usually a prostate exam, or I should
10  say a rectal exam, would be a standard
11  admitting procedure for any patients who were
12  coming into the hospital with complex medical
13  conditions.
14      Q.  What about after admission?
15      A.  Again, it would depend on the clinical
16  circumstances.
17      Q.  So you think that if epic records, if
18  the patient records were scrutinized, you would
19  see the average psych intern on M2 doing a
20  large number of prostate exams?
21      MR. CHABOT: Objection, foundation.
22      A.  Yeah, I can't answer that. It's not
23  something I've ever reviewed myself.

Exhibit P - Friedman Depo Transcript