VIDEOTAPED DEPOSITION OF: ALAN I. GREEN, M.D. - January 21, 2014
DR. J.D. ISAACS V. DARTMOUTH-HITCHCOCK MEDICAL CENTER, ET AL

| ALAN I. GREEN, M.D. - 1/21/14 | Page 53 |
|---|---|

1   BY DR. ISAACS:
2   Q.   CBZ or cannabidiol. Have you done any
3        research with that in particular --
4   A.   Cannab -- I'm trying --
5             THE COURT REPORTER: Hold on,
6        hold on, hold on.
7             MS. PEAHL: One at a time.
8             THE COURT REPORTER: Both
9        speaking at the same time. I'm very sorry to
10       interrupt. Doctor, could you say the word
11       and say it slowly, and if necessary, please
12       spell it.
13  A.   Spell it.
14  Q.   CBZ, or cannabidiol, C-A-N-N-A-B-I-D-I-O-L.
15  A.   That's what I thought you might be saying.
16       That's why I couldn't hear it at first. The
17       pronunciation I use is "cannaba-dye-al."
18       And, yes, I've done some research with
19       cannabidiol.
20  Q.   Okay. But that's not the focus of the
21       subject, the study that you're working on?
22  A.   I'm doing -- I've done research on
23       cannabidiol in my animal research laboratory.

| ALAN I. GREEN, M.D. - 1/21/14 | Page 55 |
|---|---|

1   Q.   Are you aware that the Department of Sleep
2        Medicine claims that the actigraph watch
3        malfunctioned that was monitoring the
4        plaintiff for two weeks during his residency?
5   A.   I'm not aware of that.
6   Q.   Okay. Are you aware of any investigation
7        that your department conducted as to why the
8        patient was abandoned as a patient and why
9        his actigraph watch disappeared or
10       malfunctioned?
11  A.   No.
12  Q.   Okay. How did you prepare for this
13       deposition?
14  A.   I put money in the meter outside. And
15       actually, if I don't put money in the meter
16       in about 10 minutes, the Hanover Police are
17       going to give me a ticket.
18            THE WITNESS: So if I give
19       someone some quarters, can we --
20            MS. PEAHL: Well, we can take
21       a break in a minute --
22            THE WITNESS: Within five
23       minutes, actually.

| ALAN I. GREEN, M.D. - 1/21/14 | Page 54 |
|---|---|

1        But the one -- the study I think you were
2        referring to, we are not using cannabidiol,
3        no.
4   Q.   Okay. Do you consider the Dartmouth Sleep
5        Department to be under your supervision?
6   A.   It's a -- the section that sleep medicine is
7        part of the Department of Psychiatry.
8   Q.   Are you aware that they abandoned the
9        plaintiff as a patient when he asked them to
10       document his disability?
11  A.   No, I'm not.
12  Q.   Are you aware of what an actigraph watch is?
13            THE COURT REPORTER: Actigraph
14       watch?
15            THE WITNESS: I think he said
16       actigraph watch.
17  A.   I assume that's a watch that keeps track of
18       movement, but -- if I'm understanding the
19       term correctly.
20  BY DR. ISAACS:
21  Q.   Yeah. And are you aware those are used in
22       sleep medicine diagnostic studies?
23  A.   Actually, I'm not aware of that.

| ALAN I. GREEN, M.D. - 1/21/14 | Page 56 |
|---|---|

1             MS. PEAHL: Yeah.
2             THE WITNESS: Okay. Yeah.
3        Great.
4   A.   So that's how I prepared. I drove over here
5        from Dartmouth-Hitchcock and parked outside
6        and walked in.
7   BY DR. ISAACS:
8   Q.   Okay. If you could turn to Bates Stamp --
9             DR. ISAACS: I guess we're
10       taking a break in a few minutes; is that
11       correct?
12            MS. PEAHL: Well, why don't we
13       take a break right now --
14            THE WITNESS: So I can --
15            MS. PEAHL: -- so we can feed
16       the meter.
17            THE WITNESS: -- put money in
18       the meter.
19  BY DR. ISAACS:
20  Q.   Just one question on Page 7. It'll take one
21       second. On Page 7 --
22            MS. PEAHL: You're referring
23       to Exhibit A?

Exhibit Q - Green Depo Transcript