---------- Forwarded message ----------
From: **Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>
Date: Wed, Jan 29, 2014 at 3:14 PM
Subject: Motion to Stay Hearing or Appear by Teleconference
To: penny.taylor@nh.gov

Dear NH Board:

You have noticed a February 5th hearing, which I Hereby motion to stay, pending federal litigation in the Pennsylvania District Court. The settlement agreement I entered into with USC clearly sealed my disciplinary records. A subsequent settlement agreement annulled all contracts and acquitted all controversies with USC. The AAMC and the NHES have both investigated this issue already and agreed with me. The NH Board has failed to investigate most of my allegations against Dartmouth, including that I was defrauded, instructed to perform unnecessary prostate exams, and abandoned as a patient.

I am taking action against the Board for what appears to be bias punitive actions against me. While this resolves in the US district court, I would hope the NH Board can defer to the legal authority of the federal judiciary system and postpone my hearing. This is a question of law, rather than any matter requiring additional evidence, and Chief Judge Tucker is in the appropriate position to determine matters of law.

Furthermore, I am unable to drive to NH for medical reasons right now. I have conducted the last 3 depositions via skype for the USDC lawsuit. If the NH Board denies this request for a stay, I request to appear by telephone or video conference.

Sincerely,

Jeffrey Isaacs

Exhibit R - Email RE: Telephonic Appearance