USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Dr. Jeffrey Isaacs | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-00040-LM |
| Trustees of Dartmouth College, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dartmouth-Hitchcock Medical Center .

Date: 03/21/2017

/s/ William D. Pandolph, Esq.
*Attorney's signature*

/s/ William D. Pandolph, Esq. #5579
*Printed name and bar number*

Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH 03301
*Address*

wpandolph@sulloway.com
*E-mail address*

(603) 224-2341
*Telephone number*

(603) 224-2557
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Keith A. Mathews, Esq.

Conventionally Served:

| 03/21/2017 | /s/ William D. Pandolph, Esq. |
|---|---|
| Date | Signature |