USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Dr. Jeffrey Isaacs ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:17-cv-40-LM |
| NH Board of Medicine, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New Hampshire Board of Medicine  .

Date:  03/21/2017

/s/ Seth M. Zoracki
*Attorney's signature*

Seth M. Zoracki, NH Bar #267887
*Printed name and bar number*

33 Capitol Street
Concord, NH 03301

*Address*

seth.zoracki@doj.nh.gov
*E-mail address*

(603) 271-3650
*Telephone number*

(603) 271-2110
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Keith A Mathews

Conventionally Served:

| | |
|---|---|
| 03/21/2017 | /s/ Seth M. Zoracki |
| Date | Signature |