UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                        \*

Dr. Jeffrey Isaacs,                     \*

             Plaintiff          \*

                v.             \*     Docket No. 1:17-cv-00040-LM

                                      \*

Trustees of Dartmouth College,     \*
NH Board of Medicine and,        \*
Dartmouth-Hitchcock Medical Center  \*

           Defendants      \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


**ASSENTED-TO**
**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE**
**PLEADING OF TRUSTEES OF DARTMOUTH COLLEGE**
**<u>AND DARTMOUTH-HITCHCOCK MEDICAL CENTER</u>**

NOW COMES the Defendant, the Trustees of Dartmouth College, and moves to extend the deadline for it to file its Motion to Dismiss, such extension being necessary to allow opposing counsel time to analyze Defendant's Rule 11 argument that this matter is barred by the doctrines of res judicata and applicable statutes of limitation before Defendant is forced to expend time and resources responding to the Complaint.  Defendant states as follows in connection with this Motion:

    1.    The undersigned received a copy of the Complaint in this matter on March 13, 2017.  Upon reviewing it, it became apparent to the undersigned that the claims in the current lawsuit all arise out of precisely the same transaction that gave rise to an earlier lawsuit before

this Court, which was resolved on the merits in Defendant's favor—Isaacs v. Dartmouth-Hitchcock Medical Center et al., No. 2:12-cv-00040-LM.

2.     Counsel sent a Rule 11 letter to opposing counsel by email on March 20, alerting him to this issue, and other issues, with the current lawsuit.  The undersigned requested a response by March 24, given the April 3, 2017 deadline to respond to the lawsuit.  Opposing counsel responded by email, suggesting an extension of 14 days so that the parties could more fully consider the issues raised in the March 20, 2017 letter before Defendant is put to the expense of preparing a Motion to Dismiss.

3.     In an effort to resolve this matter before involving the Court, Defendant hereby respectfully requests that its deadline for filing a responsive pleading be set for April 17, 2017.

4.     Attorney John Skinner III of Associated Attorneys of New England, proposed this 14-day extension by email of March 23, 2017, on which counsel of record Keith Matthews, of the same firm, was copied.  On this basis, Defendant asserts that Plaintiff's counsel assents to the relief requested herein.

WHEREFORE the Defendant, the Trustees of Dartmouth College, requests that the Court:

A—ORDER that its deadline to file a responsive pleading in this matter be extended to April 17, 2017; and

B—GRANT such other and further relief as is just and proper.

Respectfully submitted,

TRUSTEES OF DARTMOUTH
COLLEGE

By their attorneys,

WADLEIGH, STARR & PETERS, P.L.L.C.

Dated: March 27, 2017                    By /s/ Pierre A. Chabot
                                         Kathleen C. Peahl – Bar No. 6880
                                         Pierre A. Chabot – Bar No. 17606
                                         95 Market Street
                                         Manchester, NH   03101
                                         (603)669-4140
                                         kpeahl@wadleighlaw.com
                                         pchabot@wadleighlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and Notice of Electronic Filing on all counsel of record.

/s/ Pierre A. Chabot
Pierre A. Chabot