UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

DR. JEFFREY ISAACS
          Plaintiff,

vs.

DARTMOUTH HITCHCOCK MEDICAL CENTER
TRUSTEES OF DARTMOUTH COLLEGE
&
NH BOARD OF MEDICINE,

          Defendants.

Case No. 1:17-cv-00040-LM

**PLAINTIFF'S NOTICE REGARDING DOCUMENT 10
"ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE
PLEASING OF TRUSTEES OF DARTMOUTH COLLEGE AND DARTMOUTH-
HITCHCOCK MEDICAL CENTER"**

NOW COMES THE PLAINTIFF, by and through counsel, and, hereby provides the following NOTICE for the record.

1. Plaintiffs do NOT agree with many statements contained in the Motion. Plaintiff offered an extension of time to save the Defendants the expense and trouble of having to file an immediate response in light of their letter indicating that due to the need for an immediate response, they would have to seek sanctions.

2. Plaintiffs advised Defense counsel that a formal Motion was unnecessary in light of our agreement via email. Counsel insisted on filing something anyway, which is fine, but when they chose to include vexatious and inflammatory extraneous language in the pleading- Plaintiff cannot allow that to stand to their detriment without comment.

3. For the record, Plaintiff disagrees with the Defendants' improper editorializing in the Motion which should have been restricted to a statement that the parties agreed to an extension of time, (if filed at all) and omitted prejudicial argument.

4. Plaintiff reserves all rights, and waives none by extending this additional time for a response.

WHEREFORE, Plaintiff respectfully requests this Honorable Court allow the Extension and disregard the additional extraneous argument.

February 3, 2017

Respectfully Submitted,
Jeffery Isaacs,
By and through his counsel

/s/ Keith A. Mathews
Keith A. Mathews, Esq.
NH Bar No. 20997
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Keith@aaone.law

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: March 29, 2017                                                      /s/ Keith A. Mathews