UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DR. JEFFREY ISAACS )<br>      Plaintiff, )<br>)<br>vs. )<br>             )<br>DARTMOUTH HITCHCOCK MEDICAL CENTER )<br>TRUSTEES OF DARTMOUTH COLLEGE )<br>& )<br>NH BOARD OF MEDICINE, )<br>)<br>      Defendants. )<br>) | Case No. 1:17-CV-00040-LM |

## ASSENTED TO MOTION TO EXTEND DEADLINE TO RESPOND TO NH BOARD OF MEDICINE'S MOTION TO DISMISS

NOW COMES THE PLAINTIFF, by and through counsel, and, with the assent of defense counsel, hereby submits the following Motion to extend the plaintiff's time to respond to Document 7, "Defendant New Hampshire Board of Medicine's Motion to Dismiss." In support of this Motion, Plaintiff states as follows:

1. Defendant NH Board of Medicine filed a Motion to Dismiss on March 22, 2017. The parties agree to extend the deadline to respond until May 1, 2017.

2. Defendant Trustees of Dartmouth College intend to file a Motion to Dismiss on April 17, 2017, following the Assented to Motion setting that deadline.

3. Defendant Dartmouth Hitchcock Medical Center, having execute a waiver of service, need not respond to this lawsuit until May 19, 2017.

4. Counsel for the NH Board of Medicine has agreed to extend Plaintiff's deadline to respond to its Motion to Dismiss through May 1, 2017.

5. All other deadlines shall be governed by the Rules.

WHEREFORE, Plaintiff respectfully requests this Honorable Court extend the Deadline for the Plaintiff to respond to New Hampshire Board of Medicine Motion to Dismiss to May 1, 2017.

Dated: April 7, 2017

Respectfully Submitted,
Jeffery Isaacs,
By and through his counsel

/s/ Keith A. Mathews
Keith A. Mathews, Esq.
NH Bar No. 20997
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Keith@aaone.law

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: April 7, 2017                                   /s/ Keith A. Mathews