UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DR. JEFFREY ISAACS<br>      Plaintiff,<br><br>vs.<br><br>NH BOARD OF MEDICINE,<br>Jeff Cahill, ESQ.<br>Penny Taylor<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER<br><br>TRUSTEES OF DARTMOUTH COLLEGE<br>      Defendants. | Case No. 1:17-CV-00040-LM |

## MOTION TO AMEND COMPLAINT AS A MATTER OF COURSE

NOW COMES THE PLAINTIFF, by and through his counsel, and hereby requests this Honorable Court allow him to amend his Complaint as a matter of course. See Fed. R. Civ. P. 15 and Local Rule 15.1(a). In support thereof he states as follows:

**No Motion is Necessary as the Amended Complaint timing comports with Fed. R. Civ. P. 15(a) and Local Rule 15.1(b) and should be filed as by right.[1]**

1. Defendants Trustees of Dartmouth College filed a motion to dismiss on April 17, 2017 under Fed. R. Civ. P. 12(b)(6).

2. Under Fed. R. Civ. P. 15(a)(1)(B) the Plaintiff may amend his complaint as a matter of course within 21 days after the service of a Fed. R. Civ. P. 12(b)(6). Such a deadline has not yet passed.

3. As required by Local Rule 15.1, the proposed amended filing is attached to this motion as Exhibit A.

4. Thus, the Amended Complaint must be accepted.

---

[1] This Motion is filed in an abundance of caution and out of deference to the Court and the Clerk of the Court.

**In the alternative, the Amended Complaint should be allowed in accordance Fed. R. Civ. P. 15 and Local Rule 15.1(a).**

5. "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

6. The first complaint was filed on the eve of the first possible date where the statute of limitations could have run and counsel was left without time to clarify, reign-in, and add nuance to the complaint. The proposed amendment Complaint, over the protestations of the plaintiff, largely eliminates confusing (although accurate) and irrelevant (although informative) background factual information regarding the plaintiff and Dartmouth. It provides a sharper focus on the most salient issues surrounding the New Hampshire Board of Medicine Hearing and cuts out much of the ancillary averments.

7. In fairness to all litigants, and clarify this case, justice requires that the Amended Complaint be accepted.

8. Any futility argument which may have been alluded to by the Defendants, should be vitiated by a review of the proposed Amended Complaint. BRIEFLY:

    a. There is no SOL concern as the claims all arise out of the New Hampshire Board of Medicine's February 05, 2014 hearing and subsequent March 11, 2014 Order;

    b. Similarly, there is no *Res Judicata* or Collateral Estoppel bar as those claims could not have been raised in the prior litigation;

    c. Any 11th Amendment Concerns are addressed by naming the individual actors associated.

9. There are very little, or no new factual allegations or legal claims in the proposed Amended Complaint. As discussed, two NH Board of Medicine related individuals were added in their individual capacity in response to the Boards claims of immunity. As

alluded to above, any new allegations, claims, or parties not included in the original filing were left out mainly as a result of an impending possible statute of limitations issue.

10. Finally, there has been no undue delay which would prejudice the defendants or unreasonably prolong this case which has only just recently been filed.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court:

A. Allow the plaintiff leave to file an Amended Complaint; or

B. Toll the twenty-one day time period for filing as by right to allow the Amended Complaint to be filed irrespective of the Motion.

Dated: May 1, 2017

Respectfully Submitted,
Dr. Jeffery Isaacs, Plaintiff
By and through his counsel
ASSOCIATED ATTORNEYS of N.E.

/s/ Keith A. Mathews
Keith A. Mathews, Esq.
NH Bar No. 20997
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Keith@aaone.law

**Rule 7.1(c) Certification**

I hereby certify that a good faith attempt has been made to achieve concurrence in the relief sought and the Defendants did NOT assent.

Dated: May 1, 2017                                           /s/ Keith A. Mathews

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: May 1, 2017                                                                                  /s/ Keith A. Mathews