UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DR. JEFFREY ISAACS <br>                 Plaintiff, <br><br> vs. <br><br> DARTMOUTH HITCHCOCK MEDICAL CENTER <br> TRUSTEES OF DARTMOUTH COLLEGE <br> & <br> NH BOARD OF MEDICINE, <br><br>                 Defendants. | Case No. 1:17-CV-00040-LM |

## NOTICE OF INTENT TO REPLY

NOW COMES THE PLAINTIFF, by and through counsel, and hereby provides Notice of Intent to Reply to "Defendant New Hampshire Board of Medicine's Objection to Plaintiff's Motion to Amend Complaint as a Matter of Course" [Document 17]. Plaintiff further states as follows:

1. Counsel is of the opinion that this Motion practice, as it threatens the very existence of the Plaintiffs case, qualifies as "dispositive" and therefore under Local Rue 7.1(e)(1), plaintiff is entitled to file a Reply, and intends to do so within fourteen days.

2. However, acknowledging the fact that a Motion to Amend may not be deemed a "dispositive motion" by the Court, Counsel has also sought the Assent of the Atty. Zoracki so that Plaintiff may file a Motion for Leave to Reply in accordance with Local Rule 7.1(e)(2).

Dated: May 12, 2017

Respectfully Submitted,
Jeffery Isaacs,
By and through his counsel

/s/ Keith A. Mathews
Keith A. Mathews, Esq.
NH Bar No. 20997
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Keith@aaone.law

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: May 12, 2017                                                  /s/ Keith A. Mathews