UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DR. JEFFREY ISAACS ) | |
|       Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:17-CV-00040-LM |
| DARTMOUTH HITCHCOCK MEDICAL CENTER ) | |
| TRUSTEES OF DARTMOUTH COLLEGE ) | |
| & ) | |
| NH BOARD OF MEDICINE, ) | |
| ) | |
|       Defendants. ) | |

## ASSENTED-TO MOTION FOR LEAVE TO REPLY

NOW COMES THE PLAINTIFF, by and through counsel, and hereby Moves this Honorable Court for Leave to Reply to "Defendant New Hampshire Board of Medicine's Objection to Plaintiff's Motion to Amend Complaint as a Matter of Course" [Document 17]. Plaintiff further states as follows:

1. Counsel who authored the Objection to which the Plaintiff seeks to Reply- Atty. Zorecki, has assented to the relief requested in this Motion.

2. No party will prejudiced by the relief requested herein which is well within the sound discretion of the trial Court.

3. No memorandum of law is appended to this Motion as it would be unnecessary to its resolution.

WHEREFORE, Plaintiff Respectfully request that this Honorable Court grant leave to file a Reply to "Defendant New Hampshire Board of Medicine's Objection to Plaintiff's Motion to Amend Complaint as a Matter of Course" [Document 17].

Dated: May 15, 2017

                                            Respectfully Submitted,
                                            Jeffery Isaacs,
                                            By and through his counsel

                                            /s/ Keith A. Mathews
                                            Keith A. Mathews, Esq.

NH Bar No. 20997  
587 Union Street  
Manchester, NH 03104  
(603) 622-8100  
(888) 912-1497 fax  
Keith@aaone.law

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: May 15, 2017                                                                /s/ Keith A. Mathews