UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
Dr. Jeffrey Isaacs,                 *
                                    *
                Plaintiff           *
                                    *
        v.                          *    Docket No. 1:17-cv-00040-LM
                                    *
Trustees of Dartmouth College,      *
NH Board of Medicine and,           *
Dartmouth-Hitchcock Medical Center  *
                                    *
                Defendants          *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## MOTION FOR SANCTIONS PURSUANT TO RULE 11

The Trustees of Dartmouth College hereby move, pursuant to Federal Rule of Civil Procedure 11, for sanctions against the Plaintiff, Dr. Jeffrey Isaacs, and his counsel. In conformance with Federal Rule of Civil Procedure 11(c)(2), this Motion and the annexed Memorandum of Law are being served upon the Plaintiff at least 21 days prior to filing the same with the Court.

1.  As explained more fully in the annexed Memorandum, see L.R. 7.1(a)(2), the Plaintiff's claims arising out of the termination of his medical residency are all frivolous as they have already been thoroughly litigated in a prior action. Therefore, the present action is barred by res judicata.

1

2.       Moreover, given that the Plaintiff's current attorneys represented the Plaintiff in the prior action that involved the same cause of action at issue in the current lawsuit, the Plaintiff's attorneys had knowledge that the present claims are barred by res judicata.

3.       Additionally, the current claims are clearly time-barred.

4.       Accordingly there is no good-faith argument that Dr. Isaacs' present claims are supported by existing law, or any "nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law." Fed. R. Civ. Pro. 11(b)(2). Given the clear violation of Rule 11(b)(2), the Court is empowered to levy non-monetary sanctions against both Dr. Isaacs and his counsel.

5.       Additionally, the Court should award the Defendant costs and expenses, including attorney's fees, incurred for the cost of defending this frivolous suit and for being required to file the instant Motion and accompanying Memorandum. Associated Attorneys of New England, Attorney Mathews' firm, should be held jointly responsible with Attorney Mathews, for any such award. Fed. R. Civ. Pro. 11(c)(1). <u>See also</u> Exhibits A, B and C to Annexed Memorandum of Law (confirming participation of Attorney Mathews' supervisor, John G. Skinner III, in the decision not to withdraw the present claims).

6.       Given the nature of this motion, concurrence was not sought; however, this Motion and the annexed Memorandum of Law are being served on Attorney Mathews 21 days in advance of filing, and Defendant is thereby offering to allow Dr. Isaacs and his counsel to avoid the sanctions sought if they withdraw their frivolous lawsuit.

WHEREFORE, the Trustees of Dartmouth College respectfully request that the Court:

    A—ISSUE sanctions against the Plaintiff and his attorneys;

    B—AWARD the Defendant expenses, including attorney's fees; and

    C—GRANT such other relief as is just and proper.

Respectfully submitted,

TRUSTEES OF DARTMOUTH COLLEGE

By their attorneys,

WADLEIGH, STARR & PETERS, P.L.L.C.

Dated: April 17, 2017

By: /s/ Pierre A. Chabot
Kathleen C. Peahl – Bar No. 6880
Pierre A. Chabot – Bar No. 17606
95 Market Street
Manchester, NH  03101
(603)669-4140
kpeahl@wadleighlaw.com
pchabot@wadleighlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of April, 2017, I transmitted the foregoing document to all counsel of record pursuant to Federal Rule of Civil Procedure 11(c)(2), which is at least 21 days before this same document has been filed with the Court.

/s/ Pierre A. Chabot
Pierre A. Chabot