THE STATE OF NEW HAMPSHIRE

SUPREME COURT

In Case No. 2014-0668, <u>Appeal of Jeffrey D. Isaacs, M.D.</u>, the court on January 8, 2015, issued the following order:

Appeal from administrative agency is declined. <u>See</u> Rule 10(1).

Under Supreme Court Rule 10, the supreme court has discretion to decline an appeal from an administrative agency. No appeal, however, is declined except by unanimous vote of the court with at least three justices participating.

This matter was considered by each justice whose name appears below. If any justice who reviewed this case believed the appeal should have been accepted, this case would have been accepted and scheduled for briefing.

<u>Declined</u>.

Dalianis, C.J., and Hicks, Conboy, and Lynn, JJ., concurred.

**Eileen Fox,**
**Clerk**

Distribution:
✓New Hampshire Board of Medicine, 13-07
✓Dr. Jeffrey Isaacs
✓Attorney General
✓File