UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| DR. JEFFREY ISAACS | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:17-CV-00040-LM |
| DARTMOUTH HITCHCOCK MEDICAL CENTER | ) | |
| TRUSTEES OF DARTMOUTH COLLEGE | ) | |
| & | ) | |
| NH BOARD OF MEDICINE, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO REPLY

NOW COMES THE PLAINTIFF, by and through counsel, and hereby Moves this Honorable Court

for Leave to Reply to "Opposition to Motion to Amend (Doc.14)" [Document 20]. Plaintiff further

states as follows:

1. Counsel who authored the Objection to which the Plaintiff seeks to Reply- Atty. Chabot
   does not object to the relief sought by this motion.

2. No party will be prejudiced by the relief requested herein which is well within the sound
   discretion of the trial Court.

3. No memorandum of law is appended to this Motion as it would be unnecessary to its
   resolution.

WHEREFORE, Plaintiff Respectfully request that this Honorable Court grant leave to file a Reply

to "Opposition to Motion to Amend (Doc.14)" [Document 20].

Dated: May 16, 2017

Respectfully Submitted,
Jeffery Isaacs,
By and through his counsel

/s/ Keith A. Mathews
Keith A. Mathews, Esq.
NH Bar No. 20997
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Keith@aaone.law

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: May 16, 2017                                                    /s/ Keith A. Mathews