UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Dr. Jeffrey Isaacs, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | |
| § | Case No. 1:17-CV-00040-LM |
| Dartmouth Hitchcock Medical Center, § | |
| Trustees of Dartmouth College & § | |
| NH Board of Medicine § | |
|     *Defendants.* | |

### DEFENDANT DARTMOUTH HITCHCOCK MEDICAL CENTER'S MOTION TO DISMISS COMPLAINT AND/OR AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant Dartmouth Hitchcock Medical Center (DHMC), by and through its counsel, Sulloway & Hollis, P.L.L.C., moves to dismiss plaintiff's claims against DHMC because they are barred by res judicata and because plaintiff's Complaint and Amended Complaint fail to state claims upon which relief may be granted.[1]

The grounds for this Motion are further set forth with particularity in DHMC's supporting Memorandum of Law, filed herewith and incorporated herein.

Because this is a dispositive motion, the concurrence of the plaintiff in the relief requested was not sought.

WHEREFORE, Dartmouth Hitchcock Medical Center requests that this Court:

A.   Dismiss all of plaintiff's claims against DHMC; and

---

[1] Plaintiff filed a Motion to Amend Complaint on May 1, 2017 [Doc. 14], to which the defendant New Hampshire Board of Medicine objected [Doc. 17]. Plaintiff's motion has not been granted or denied at this time. Because the motion to amend is still pending, and because the Amended Complaint raises no new claims against DHMC, this Motion requests that plaintiff's Complaint and/or Amended Complaint be dismissed.

-2-

  B. Grant such other and further relief as the Court deems just.

            Respectfully submitted,

            DARTMOUTH HITCHCOCK MEDICAL CENTER

            By Its Attorneys,
            SULLOWAY & HOLLIS, P.L.L.C.

DATED: May 16, 2017    By: /s/ William D. Pandolph, Esq.
            William D. Pandolph, Esq.
            9 Capitol Street
            Concord, NH 03302
            (603) 224-2341
            email: wpandolph@sulloway.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent and paper copies will be sent to those indicated as non-registered participants on May 16, 2017.

DATED: May 16, 2017    By: /s/ William D. Pandolph
            William D. Pandolph, Esq.