UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DR. JEFFREY ISAACS<br>                Plaintiff,<br><br>vs.<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER<br>TRUSTEES OF DARTMOUTH COLLEGE<br>&<br>NH BOARD OF MEDICINE,<br>                Defendants. | Case No. 1:17-CV-00040-LM |

### NOTICE REGARDING LOCAL RULE 7.1(C) COMPLIANCE MOTION FOR PRELIMINARY INJUNCTION REMOVING NH BOARD OF MEDICINE ORDER AGAINST DR. ISAACS FROM THE PUBLIC RECORD (Doc. 27)

I reached out to the Defendant through counsel and requested assent to the relief sought by this motion on May 8, 2017. Given my discussion with counsel on that date, I understood that assent was not and would not be given to the relief sought by this motion.

June 14, 2017                                                                                                    /s/ Keith A. Mathews, Esq.