UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DR. JEFFREY ISAACS<br>          Plaintiff,<br><br>vs.<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER<br>TRUSTEES OF DARTMOUTH COLLEGE<br>&<br>NH BOARD OF MEDICINE,<br>          Defendants. | Case No. 1:17-CV-00040-LM |

## NOTICE OF INTENT TO REPLY

NOW COMES THE PLAINTIFF, by and through counsel, and hereby provides Notice of Intent to Reply to "Defendant New Hampshire Board of Medicine's Objection to Motion for Preliminary Injunction Removing NH Board of Medicine Order Against Dr. Isaacs from the Public Record" [Document 29].

Dated: June 23, 2017

Respectfully Submitted,
Jeffery Isaacs,
By and through his counsel

/s/ Keith A. Mathews
Keith A. Mathews, Esq.
NH Bar No. 20997
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Keith@aaone.law

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: June 23, 2017                                             /s/ Keith A. Mathews