UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DR. JEFFREY ISAACS<br><br>      Plaintiff,<br><br>vs.<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER<br>TRUSTEES OF DARTMOUTH COLLEGE<br>&<br>NH BOARD OF MEDICINE,<br><br>      Defendants. | Case No. 1:17-CV-00040-LM |

## NOTICE OF RELATED ACTION

NOW COMES THE PLAINTIFF, Dr. Jeffrey Isaacs, by and through counsel, and hereby provides NOTICE, in accordance with Local Rule 42.1 of a Related Case. Plaintiff further provides the details as follows:

1. Plaintiff, with the aide of separate counsel, Atty. Mark L. Josephs, of Boston, MA, has filed the following action in the United States District Court for the District of Massachusetts:

    a. *Jeffrey Isaacs, MD v. United States Department of Education,* Case 1:17-cv-11221-FDS, on June 30, 2017. [Complaint attached hereto as an Exhibit].

2. By filing this Notice, Plaintiff takes no stance as to whether the legal definition of a "Related Case," as a term of art under Local Rule 42.1, has been met. Plaintiff merely seeks to fulfill his ongoing obligation of candor to the tribunal, opposing parties, and counsel. ("The duty to notify the court of any related proceeding continues throughout the time an action is before this court.") LR 42.1(b).

WHEREFORE, Plaintiff requests no particular action at this time in connection with this Notice.

|  |  |
|---|---|
| Dated: July 3, 2017 | Respectfully Submitted,<br>Dr. Jeffery Isaacs,<br>By and through counsel,<br><br>/s/ John F. Skinner, III<br>John F. Skinner, III<br>NH Bar No. 19886<br>587 Union Street<br>Manchester, NH 03104<br>(603) 622-8100<br>(888) 912-1497 fax<br>Jake@aaone.law |

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 3, 2017                                                                         /s/ John F. Skinner, III