UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DR. JEFFREY ISAACS | ) |
|                       Plaintiff, | ) |
| vs. | ) Case No. 1:17-CV-00040-LM |
| DARTMOUTH HITCHCOCK MEDICAL CENTER TRUSTEES OF DARTMOUTH COLLEGE & NH BOARD OF MEDICINE, | ) |
|                       Defendants. | ) |

**PLAINTIFF'S REPLY TO TRUSTEES OF DARTMOUTH COLLEGE'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF MAY BE GRANTED**

NOW COMES, the Plaintiff, by and through his Counsel Associated Attorneys of New England, and hereby replies to the Defendant's Motion to Dismiss. In support thereof he states as follows:

1. The Plaintiff files this document to avoid any claim that the arguments contained within the Trustees of Dartmouth College's Motion to Dismiss are unopposed by the Plaintiff.

2. Similar to the Defendant's motion the Plaintiff offers this truncated response, incorporating by reference the Plaintiff's reply to the documents incorporated by the Defendant under paragraph two of the present motion in lieu of filing an additional responsive brief.

3. The Plaintiff will respond regarding the issues presented in paragraph five of this motion in the memorandum responsive to the courts order which will be timely filed.

WHEREFORE  The Plaintiff respectfully requests this Honorable Court deny the Defendant's Motion to dismiss and enter any further relief that may be just and equitable.

|  |  |
|---|---|
| Dated: July 31, 2017 | Respectfully Submitted,<br>Jeffery Isaacs,<br>By and through his counsel<br><br>/s/ Keith A. Mathews<br>Keith A. Mathews, Esq.<br>NH Bar No. 20997<br>587 Union Street<br>Manchester, NH 03104<br>(603) 622-8100<br>(888) 912-1497 fax<br>Keith@aaone.law |

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

|  |  |
|---|---|
| Dated: July 31, 2017 | /s/ Keith A. Mathews |