UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Dr. Jeffrey Isaacs,<br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>Dartmouth Hitchcock Medical Center,<br>Trustees of Dartmouth College &<br>NH Board of Medicine<br>　　　　　*Defendants.* | §<br>§<br>§<br>§<br>§　Case No. 1:17-CV-00040-LM<br>§<br>§<br>§<br>§ |

**DEFENDANT DARTMOUTH HITCHCOCK MEDICAL CENTER'S
ASSENTED-TO MOTION FOR LEAVE TO FILE
REPLY/RESPONSE TO "PLAINTIFF'S MEMORANDUM
SHOWING CAUSE AS REQUESTED BY COURT ORDER (DOC. 34)"**

Defendant Dartmouth Hitchcock Medical Center ("DHMC"), by and through its counsel, Sulloway & Hollis, P.L.L.C., hereby moves for leave to file the accompanying Reply/Response to "Plaintiff's Memorandum Showing Cause as Requested by Court Order (Doc. 34)." DHMC seeks leave to file the accompanying Reply/Response in order to address various issues and arguments in the plaintiff's Memorandum, including plaintiff's argument that he has asserted a retaliation claim predicated on his having asserted rights under Title III of the American with Disabilities Act rather than Title I. DHMC's also believes that the accompanying Reply/Response will assist the Court in ruling on its motion to dismiss as to Count VIII.

Counsel for the plaintiff assents to the relief sought by this Motion.

The granting of this Motion will not result in the continuance of any hearing, conference, or trial.

No memorandum of law is necessary in connection with this Motion as the relief requested is within the sound discretion of the Court.

WHEREFORE, defendant respectfully requests that the Court:

A. Grant this Motion for Leave to File Reply/Response to "Plaintiff's Memorandum Showing Cause as Requested by Court Order (Doc. 34)"; and

B. Grant such other and further relief as may be just.

Respectfully submitted,

DARTMOUTH HITCHCOCK MEDICAL CENTER

By Its Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED:  August 14, 2017         By:   /s/ William D. Pandolph, Esq.
                                      William D. Pandolph, Esq. #5579
                                      9 Capitol Street
                                      Concord, NH 03302
                                      (603) 224-2341
                                      email:  wpandolph@sulloway.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent and paper copies will be sent to those indicated as non-registered participants on August 14, 2017.

DATED:  August 14, 2017         By:   /s/ William D. Pandolph
                                      William D. Pandolph, Esq.