UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

DR. JEFFREY ISAACS                           )
                Plaintiff,              )
                                          )
vs.                                          )
                                          )   Case No. 1:17-CV-00040-LM
DARTMOUTH HITCHCOCK MEDICAL CENTER           )
TRUSTEES OF DARTMOUTH COLLEGE                )
&                                            )
NH BOARD OF MEDICINE,                        )
                                          )
                Defendants.             )

## NOTICE OF INTENT TO FILE

## ASSENTED-TO MOTION FOR LEAVE TO SURREPLY/RESPOND

NOW COMES THE PLAINTIFF, by and through counsel, and hereby provides Notice that in accordance with Local Rules, Plaintiff intends to Move this Honorable Court for Leave to Reply to Document 41, filed yesterday, 08/14/17 - "Defendant Dartmouth Hitchcock Medical Center's Assented-To Motion For Leave To File Reply/Response To "Plaintiff's Memorandum Showing Cause As Requested By Court Order (Doc. 34)" In support whereof, Plaintiff further states as follows:

1. Counsel who authored the Reply/Response to which the Plaintiff seeks to SurReply/Respond- Atty. Pandolph, has assented to the relief requested, subject to our local rules, including as to length.

2. No party will prejudiced by the relief requested. No memorandum of law is appended to this Motion as it would be unnecessary to its resolution.

3. No Sur-Reply is attached as it has not been drafted yet, but will be filed with the Motion in accordance with the Local Rules.

Dated: August 16, 2017

                                                      Respectfully Submitted,
                                                      Jeffery Isaacs,
                                                      By and through his counsel

/s/ John F. Skinner, III
Atty. John F. Skinner, III
NH Bar No. 19886
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Jake@aaone.law

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: August 16, 2017                                                              /s/ John F. Skinner, III