UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DR. JEFFREY ISAACS<br><br>     Plaintiff,<br><br>vs.<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER<br>TRUSTEES OF DARTMOUTH COLLEGE<br>&<br>NH BOARD OF MEDICINE,<br><br>     Defendants. | Case No. 1:17-CV-00040-LM |

**PARTIALLY ASSENTED TO MOTION
TO EXTEND THE TIME TO SERVE ADDED DEFENDANTS**

NOW COMES THE PLAINTIFF, by and through counsel, and with the assent of the NH Board of Medicine, and Dartmouth Hitchcock Medical Center,[1] hereby files the following Motion to Extend the Time to Serve Added Defendants through sixty days following the Court's Order on the pending Motions to Dismiss. In support whereof, plaintiff states as follows:

1. On or about July 06, 2017, the plaintiff's first amended complaint was accepted and filed in the CM/ECF as Document #40 in this case. That Amended Complaint added certain individual Defendants.

2. According the Federal Rules of Civil Procedure:

   A. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1)." Fed. R. Civ. P. 4 (m).

---

[1] Counsel for Trustees of Dartmouth College has responded but has been unable to consult with his clients and evaluate the pleading at this time due to scheduling constraints.

3. Thus, the presumptive time limit is now upon us.

4. A review of the docket indicates that Motions to Dismiss are pending. [Documents 35 & 36].

5. If the case is to be Dismissed in its entirety, it would be a waste of resources to bring in the new Defendants and so the Plaintiff had adopted a "wait and see" approach.

6. At this point, the Plaintiff can no longer wait without leave of Court granting additional time to serve the added defendants.

WHEREFORE, Plaintiff respectfully requests this Honorable Court:

A. EXTEND the time to Serve added Defendants through sixty (60) days following the Court's Order on the now pending Motions to Dismiss;

B. GRANT such other and further relief as is meet and just.

Dated: October 5, 2017

Respectfully Submitted,
Dr. Jeffery Isaacs, Plaintiff
By and through his counsel

/s/ John F. Skinner, III
Atty. John F. Skinner, III
NH Bar No. 19886
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Jake@AAONE.Law

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: October 5, 2017                                                                          /s/ John F. Skinner, III