UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|   |   |
|---|---|
| DR. JEFFREY ISAACS<br>      Plaintiff,<br><br>vs.<br><br>NH BOARD OF MEDICINE,<br>Jeff Cahill, ESQ.<br>Penny Taylor<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER<br><br>TRUSTEES OF DARTMOUTH COLLEGE<br>      Defendants. | Case No. 1:17-CV-00040-LM |

## **PLAINTIFF'S SHOW CAUSE MEMORANDUM AS REQUESTED BY DOC. 48**

NOW COMES THE PLAINTIFF, by and through his counsel and offers the following memorandum as directed by the Court's Order of 10/24/17 in Document 48.

1. The Plaintiff presents the following in support of the survival of his Complaint in general, and as directed, specifically for count one of his first amended complaint. Customary deadlines apply with regard to Motions for Leave to Amend.

2. As discussion on the issue of the statute of limitations for this count has begun, Dr. Isaacs reviewed his files regarding the Board's Order, in so doing he determined that he filed a Motion to Withdraw Publication of License Revocation, which was voted on by the Board during its November 6, 2014 meeting.

3. He also appealed this ruling to the Supreme Court of the United States; cert was rejected May 21, 2015.

4. This motion, and the Board's subsequent ruling places the tolling of the relevant statute of limitations resulting from the publication of this order at the earliest on May 21st, 2017 as per the Court's analysis that a three year statute of limitations is applicable in this instance. (See Doc. 48).

5. Additionally, as previously indicated Dr. Isaacs did not receive notice of the Board's ruling until after his time to appeal the ruling had lapsed. This lack of notice has been alleged by Dr. Isaacs from the start of this action and eventually resulted in his October 2014 motion.

6. The confusion resulting from the lack of publication to Isaacs lead to confusion for him about the issue through November of 2104.

7. Though the motion Dr. Isaacs filed consisted of only one sentence: "Hereby Dr Jeffrey Isaacs motions to NH Board to cease the publication of disciplinary action, pending appeal of NH RSA 329:18-a noncompliance by the Board" the document indicates that, 1) Dr. Isaacs informed the Board that he had not received notice of their decision until well after March 11, 2014; and, 2) That the Board entertained a motion requesting that the document be removed from publication in November of 2014.

8. The order on the motion requesting that the document damaging Dr. Isaacs be withdrawn from publication for grounds that do not involve timeliness places the statute of limitations for the conduct from which the order resulted in November of 2017.

WHEREFORE, Plaintiff requests that this Honorable Court find that Count 1 has been timely filed and allow that claim, as well as this cause of action to proceed.

|  |  |
|---|---|
| November 14, 2017 | Respectfully Submitted,<br>Dr. Jeffrey Isaacs,<br>By and through his counsel<br><br>/s/ John F. Skinner, III<br>Atty. John F. Skinner, III<br>NH Bar No. 19886<br>587 Union Street<br>Manchester, NH 03104<br>(603) 622-8100<br>(888) 912-1497 fax<br>Jake@aaone.law |

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: November 14, 2017                                             /s/ John F. Skinner, III