UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DR. JEFFREY ISAACS<br>      Plaintiff,<br><br>vs.<br><br>NH BOARD OF MEDICINE ,<br>Jeff Cahill, ESQ.<br>Penny Taylor<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER<br><br>TRUSTEES OF DARTMOUTH COLLEGE<br>      Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:17-CV-00040-LM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS MOTION FOR LEAVE TO ALLOW ATTORNEYS SKINNER AND MATHEWS TO WITHDRAW AS COUNSEL

NOW COMES THE PLAINTIFF, by and through counsel, and hereby requests this Honorable Court allow his COUNSEL leave to Withdraw from Representation. In Support thereof plaintiff states as follows.

1. Undersigned counsel have worked diligently to advance the cause of the plaintiff as is their obligation under their oath as attorneys and zealous advocates.

2. However, at this point, the plaintiff and counsel have developed a difference of opinion on the best way forward and it has caused a breakdown in the attorney client relationship.

3. The development between counsel and client has caused a conflict such that representation should not continue at this juncture.

4. In accordance with Local Rule 7.1, opposing counsel has been contacted for assent on this motion but the after-hours timing of this development, and urgency in light of the Court's most recent Order, has left counsel without a response.

5. No memorandum of law is appended hereto as it will not aide the Court in the resolution of this Motion which is well within the sound discretion of the trial court.

WHEREFORE, The Plaintiff respectfully requests that the undersigned counselors be granted leave to Withdraw from representation of the Plaintiff and that they be withdrawn as Counsel and the docket so marked.

November 14, 2017

Respectfully Submitted,
Dr. Jeffrey Isaacs,
By and through his counsel

/s/ John F. Skinner, III
Atty. John F. Skinner, III
NH Bar No. 19886
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Jake@aaone.law

November 14, 2017

Respectfully Submitted,
Dr. Jeffrey Isaacs,
By and through his counsel

/s/ Keith Mathews
Atty. Keith Mathews
NH Bar No. 20997
587 Union Street
Manchester, NH 03104
(603) 622-8100
(888) 912-1497 fax
Keith@aaone.law

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that a good faith attempt has been made to obtain concurrence in the relief sought BUT that due to TIME CONSTRAINTS, no response was obtained from Defense counsel.

Dated: November 14, 2017

/s/ John F. Skinner, III
Atty. John F. Skinner, III

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: November 15, 2017                                                    /s/ John F. Skinner, III