UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DR. JEFFREY ISAACS<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NH BOARD OF MEDICINE ,<br>Jeff Cahill, ESQ.<br>Penny Taylor<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER<br><br>TRUSTEES OF DARTMOUTH COLLEGE<br>　　　　　　　　Defendants. | ) <br>) <br>) <br>) <br>) Case No. 1:17-CV-00040-LM<br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

### **PLAINTIFF'S MOTION REQUESTING LEAVE TO AMEND COMPLAINT**

NOW COMES, The Plaintiff and requests this Honorable Court allow him to amend his complaint to reflect this Court's concerns outlined in its most recent ruling Document 48 and to add an additional cause of action for the Title IX violations of the Dartmouth Defendants. In Support thereof he states as follows.

1. Count 1 of the Plaintiff's complaint has been adjusted as a result of this Courts' order on the NH Board of Medicine's motion to dismiss. It has been edited with intent to clarify the Statute of Limitations issue raised by this Court.

2. This amendment will also serve to clarify what causes of action are still active against the Defendants, removing those that have been dismissed by the Court.

3. The Plaintiff brought a claim for Title IX violations of the Defendants in his initial complaint but was compelled by his counsel to set that claim aside, without prejudice, and pursue other avenues.

4. Recently there has been a sweeping change in the culture of this country when it comes to believing those who claim that they are victims of sexual harassment, particularly when the harassment or abuse comes from an individual with more power than the victim.

5. Ever sense these claims have come to the public's attention, Dr. Isaacs has gained the confidence necessary to seek relief for Dartmouth's failure to investigate these claims.

6. Plaintiff has right to redress his grievances and feels very strongly that he must pursue these claims. Given the nature of the allegation it has been difficult for Dr. Isaacs to come forward on this issue until now.

7. Dr. Isaacs is proceeding without counsel moving forward in this action and is requesting amendment to this complaint to clarify and address the injuries he has suffered.

WHEREFORE, The Plaintiff requests leave to amend his complaint for the purposes of clarifying count one and adding a count alleging violations of Title IX by Dartmouth Defendants.

November 14, 2017                                   Respectfully Submitted
                                                    Plaintiff


                                                    /s/ Jeffrey Isaacs
                                                    Dr. Jeffrey Isaacs
                                                    Pro Se


Drafted with the aid of a New Hampshire Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: November 15, 2017                            /s/ Dr. Jeffrey Isaacs

## **LOCAL RULE 7.1 CERTIFICATE**

I hereby certify that a good faith attempt has been made to obtain concurrence in the relief sought BUT that due to TIME CONSTRAINTS, no response was obtained from Defense counsel.

Dated: November 14, 2017

/s/ Dr. Jeffrey Isaacs