**Taylor, Penny**

**From:** jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs [jeffrey.isaacs.wg03@wharton.upenn.edu]
**Sent:** Wednesday, March 26, 2014 1:57 PM
**To:** Taylor, Penny; Cahill, Jeffrey
**Subject:** Notice of Appeal



Please take notice that I will be appealing the February decision by the board.

Please also take this email as a procedural request for reconsideration regarding the adverse weather conditions that prevented me from attending the hearing, which I intended to. This winter had no less than six major nor'easter snow storms, one of which coincided with the hearing. My car (an SUV) broke down completely (and is still broken) several weeks before the hearing. I had a rear-wheel drive rental car that simply would not have been safe to drive from Philadelphia to New Hampshire during a major storm (nor would an SUV either warranted such risk, when the hearing could be so easily postponed).

As you know, I have named the entire board, in their individual official capacities, in the Philadelphia lawsuit. Pending the judge's decision on the motion to dismiss, I will be amending the complaint to assert the willful acts of the each board member, individually, to intimidate and retaliate and publish false information on the internet concerning USC.

This matter is also being referred to the FBI/US Attorney's office, in light of anticipated "breaking evidence" pertaining to my criminal allegations against the various individuals.

Signed,
Jeffrey Isaacs

4/7/2014