**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

*******************************************

Dr. Jeffrey Isaacs,

    Plaintiff,

v.

Trustees of Dartmouth College,
NH Board of Medicine, and
Dartmouth Hitchcock Medical Center.

    Defendants.

Civil No. 1:17-CV-00040

*******************************************

## DECLARATION OF PENNY TAYLOR

I, Penny Taylor, hereby state as follows:

1. I serve as the Administrator of the New Hampshire Board of Medicine (the "Board"). As the Administrator, I am responsible for directing the staff and operations of the Board. As part of these responsibilities, I handle the service of orders issued in Board adjudicatory and disciplinary proceedings.

2. On March 11, 2014, the Board issued a Final Decision and Order in the Matter of Jeffrey D. Isaacs, M.D. On the same day, I served the Final Decision and Order upon Dr. Isaacs via United States mail, first class postage prepaid, addressed to the last address that Dr. Isaacs had given to the Board. Attached hereto as Exhibit A is a true and correct copy of the correspondence by which service of the Final Decision and Order was effected upon Dr. Isaacs in accordance with the Board's rules.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on December 14, 2017 at Concord, New Hampshire.


        /s/ Penny Taylor_____
        PENNY TAYLOR