UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|   |   |
|---|---|
| DR. JEFFREY ISAACS ) <br>           Plaintiff, ) <br> ) <br> vs. ) <br> CV-00040-LM <br> ) <br> NH BOARD OF MEDICINE, ) <br> Jeff Cahill, ESQ. ) <br> Penny Taylor ) <br> ) <br> DARTMOUTH HITCHCOCK MEDICAL CENTER ) <br> ) <br> TRUSTEES OF DARTMOUTH COLLEGE ) <br>           Defendants. ) <br> ) | Case No. 1:17- |

**<u>NOTICE OF INTENT TO REPLY</u>**

NOW COMES THE PLAINTIFF, and hereby provides Notice of Intent to Reply to "Defendant New Hampshire Board of Medicine's Sur-Reply in Response to 'Plaintiff's Show Cause Memorandum as Requested by Doc. 48'" [Document 66]. Plaintiff has never sought to respond to a sur-reply in the past. This extraordinary response is warranted because the NH Board surreply offered new evidence, in the form of a declaration, which is alleged to be false & intended to obstruct justice, representative of an ongoing pattern intended to harm Plaintiff. See attached Declaration.

December 15, 2017                                         Respectfully Submitted
                                                          Plaintiff


                                                          /s/ Dr. Jeffrey Isaacs

Dr. Jeffrey Isaacs  
Pro Se

Drafted with the aid of a New Hampshire Attorney

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: December 15, 2017                                                       /s/ Dr. Jeffrey Isaacs