# EXHIBIT A

Gmail - Pending Board matter

3/6/18, 7:43 PM

 Gmail

## Pending Board matter

**Cahill, Jeffrey** <Jeff.Cahill@doj.nh.gov>
To: jeffreydi@gmail.com

Tue, Jul 23, 2013 at 4:35 PM

Dr. Isaacs,

Thank you for speaking with me. At your convenience, if you could forward to me any records you have that demonstrate that the AAMC agreed with your position that you did not have to report your attendance at USC/Keck. Such additional information may be relevant to an ultimate decision on how this case should proceed.

As I stated, I will be closely reviewing this matter over the next few weeks and will keep you posted with regard to this matter going to the Board to schedule a hearing.

Jeff Cahill

Senior Assistant Attorney General

Office of the Attorney General

33 Capitol Street

Concord, NH 03301

(603) 271-1274

Fax (603) 223-6272