**EXHIBIT B**


Gmail

## RE: Dr. Jeffery Isaacs

Wed, Jul 24, 2013 at 5:11 PM

**Cahill, Jeffrey** <Jeff.Cahill@doj.nh.gov>
To: "Jeffrey D. Isaacs" <jeffrey.isaacs.wg03@wharton.upenn.edu>

Thank you for the 4 additional emails with the AAMC source material.

Jeffrey S. Cahill

Senior Assistant Attorney General

Office of the Attorney General

33 Capitol Street

Concord, NH  03301

(603) 271-1274

Fax (603) 223-6272

**From:** jeffreydi@gmail.com [mailto:jeffreydi@gmail.com] **On Behalf Of** Jeffrey D. Isaacs
**Sent:** Wednesday, July 24, 2013 4:19 PM
**To:** Cahill, Jeffrey
**Subject:** Fwd: Dr. Jeffery Isaacs

---------- Forwarded message ----------
From: **Sekeithia Mitchell** <smitchell@aamc.org>
Date: Thu, Jun 7, 2012 at 9:39 AM
Subject: Dr. Jeffery Isaacs
To:

Greetings,

Dr. Jeffery Isaacs, applied to your program during the ERAS 2012 season.  An investigation was conducted involving this applicant, and the attached document details our findings as well as Dr. Isaacs

response.

If you should have further questions please feel free to email ERASinvestigations@aamc.org regarding this matter.

Regards,

Sekeithia Mitchell

**Sekeithia Mitchell, MSIT, CIPP/IT**

ERAS Helpdesk Supervisor
**Association of American Medical Colleges**
2450 N Street, N.W., Washington, D.C. 20037-1127
T (202) 828-0594   F (202) 828-1129
E smitchell@aamc.org

www.aamc.org

Tomorrow's Doctors, Tomorrow's Cures®