# EXHIBIT C

Gmail - Re: Update - NH Board Investigation Status

3/6/18, 7:44 PM

 Gmail

## Re: Update - NH Board Investigation Status

**Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>
To: "Cahill, Jeffrey" <Jeff.Cahill@doj.nh.gov>
Bcc: "wlisaacs@aol.com" <wlisaacs@aol.com>

Tue, Sep 3, 2013 at 2:14 PM

Attached is the first settlement with USC (settled 1 year prior to the second settlement I sent you last month), which sealed the USC disciplinary records. As you will see, the only consideration involved in this settlement contract was the sealing of disciplinary records. As such, I believe only an immaterial enrollment contract existed after this first settlement - and thus Finn & Bertrand needed to say they fired me because of Arizona, which was a fraudulent report to the NH Board of Medicine.

On Tue, Sep 3, 2013 at 1:57 PM, Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> wrote:
Thank you for the update. It is correct that I have not been licensed or been practicing medicine since I left Dartmouth. I believe that by terminating me for purported fraud, Dartmouth has left me unemployable in medicine and many other careers. Just last week, Dartmouth declared in Court that Dean Bertrand did not see the entire page about Arizona on the NH Board application he signed in May 2011. Likewise, Finn declared the same a year ago at the NHES tribunal. I received notice that the NH Attorney General Fraud office will not be investigating the matter. I remain disappointed that the NH Board of Medicine is holding proof of Bertrand & Finn's fraud (I don't believe it plausible that neither read the application they signed; moreover, I know the abuse I was subjected to) and has not carried out the same lengthy investigation of Bertrand & Finn that they have subjected me to, over sealed disciplinary records. I realize this is not your department or decision, but nonetheless I feel the matters are inextricably related so I must reiterate my beliefs about the entire issue.

Regards,
Jeffrey Isaacs

On Tue, Sep 3, 2013 at 10:15 AM, Cahill, Jeffrey <Jeff.Cahill@doj.nh.gov> wrote:

The report on your case will be on the Board agenda for October 2. At that time, it will be decided whether the matter should proceed to a hearing. I will keep you posted.

Am I correct that you have not practiced medicine in any capacity since leaving DHMC and that you are not licensed in any state or territory?

Jeffrey S. Cahill

Senior Assistant Attorney General

Office of the Attorney General

33 Capitol Street

Concord, NH  03301