```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Dr. Jeffrey Isaacs

    v.

                                        Case No. 17-cv-00040-LM

Trustees of Dartmouth College, et al.

## JUDGMENT

In accordance with the following, judgment is hereby entered:

    1. Order by Judge Landya B. McCafferty dated July 12, 2017;

    2. Order by Judge Landya B. McCafferty dated October 24, 2017;

    3. Order by Judge Landya B. McCafferty dated February 5, 2018; and

    4. Order by Judge Landya B. McCafferty dated May 15, 2018.

                                        By the Court:

                                        /s/ Daniel J. Lynch
                                        Daniel J. Lynch
                                        Clerk of Court

Date: May 15, 2018

cc: Counsel of Record