# United States Court of Appeals
## For the First Circuit

No. 18-1560

DR. JEFFREY ISAACS,

Plaintiff, Appellant,

v.

TRUSTEES OF DARTMOUTH COLLEGE; NH BOARD OF MEDICINE; DARTMOUTH HITCHCOCK MEDICAL CENTER,

Defendants, Appellees.

JEFFREY S. CAHILL; PENNY TAYLOR,

Defendants.

Before

Lynch, Stahl, and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: January 3, 2019

We have carefully reviewed the record in this case, including the briefs of the parties. As to the issues saved on appeal, we find no error in the district court's orders dismissing the amended complaint and denying leave to file a second amended complaint.

For largely the reasons given by the district court, without adopting all of the several reasons given in its orders dated July 12, 2017, October 24, 2017, February 5, 2018, and May 15, 2018, the judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:   Mark L. Josephs, Pierre A. Chabot, Elizabeth E. Ewing, Seth Michael Zoracki, William D. Pandolph